UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

LMREC III NOTE HOLDER, INC

                Plaintiff,               No. 7:20-cv-05063 (KMK)
                                                   (PED)

  -against-
                                                   (PROPOSED)
                                                   ORDER APPOINTING
HUDSON EFT LLC, GUIDO SUBOTOVSKY,       COUNSEL FOR
SAMUEL GACCIONE, HUGO SUBOTOVSKY,      RECEIVER
WILLIAM CLARKE, NOBLE ELEVATOR
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
-----------------------------------------------------------------

       This Court having appointed Andrew L. Herz, Esq. as Receiver in this action by Order dated August 21, 2020; and

       Pursuant to said Order, this Court having granted to the Receiver the authority to appoint counsel to represent him in that capacity; and

       The Receiver having requested appointment of the law firm of Gould & Berg, LLP with primary responsibility for this matter resting with Kim P. Berg, Esq, as counsel to the Receiver; and

       Kim P. Berg, Esq. having qualified as counsel for receiver pursuant to Part 36 of the Rules of the Chief Judge of the State of New York, now therefore it is hereby

       ORDERED that the law firm of Gould & Berg, LLP is hereby appointed as counsel to Andrew L. Herz, Receiver and it is further

       ORDERED, that the Receiver is hereby authorized to pay any invoice rendered by the law firm of Gould & Berg, LLP upon approval of either the Plaintiff's counsel or the Court.

                                                _____  9/9/2)
                                                 Kenneth M. Karas
                                                 United States District Judge