UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

LMREC III NOTE HOLDER, INC

                 Plaintiff,                          20-cv-05063  (KMK)(PED)

    -against-                             ~~PROPOSED~~ ORDER
                                                    FOR PAYMENT OF FEES
HUDSON EFT LLC, GUIDO SUBOTOVSKY,        TO RECEIVER AND TO
SAMUEL GACCIONE, HUGO SUBOTOVSKY,       COUNSEL FOR RECEIVER
WILLIAM CLARKE, NOBLE ELEVATOR
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                 Defendants.
-------------------------------------------------------------------

       WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for services rendered through September 30, 2020 seeking an interim payment in the amount of $23,270.00, said payment having been approved by Plaintiff in the attached writing on October 9, 2020 (Ex. A); and

       WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for counsel's services dated October 5, 2020 in the amount of $3,017.72, which was approved by Plaintiff in the attached writing dated October 7, 2020 (Ex. B); and

       WHEREAS, Receiver now seeks Court approval of the interim payments described herein;

       IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $23,270.00 and to Counsel for Receiver Kim Berg in the amount of $3,017.72 are hereby approved by the Court.

SO ORDERED: _/s/_
_____
Kenneth M. Karas, U.S.D.J.

November 19, 2020