UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                      Plaintiff,                      20-cv-05063 (KMK)(PED)

   -against-                             ~~PROPOSED~~ ORDER
                                                    FOR PAYMENT OF FEES
HUDSON EFT LLC, GUIDO SUBOTOVSKY,       TO RECEIVER AND TO
SAMUEL GACCIONE, HUGO SUBOTOVSKY,      COUNSEL FOR RECEIVER
WILLIAM CLARKE, NOBLE ELEVATOR           FOR NOVEMBER 2020
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                    Defendants.
-----------------------------------------------------------------

       WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for services rendered for the month of November 2020 seeking an interim payment in the amount of $10,855.00, said payment having been approved by Plaintiff in the attached writing on December 4, 2020 (Ex. A); and

       WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for counsel's services for services rendered during the month of November 2020 in the amount of $3,018.26, which was approved by Plaintiff in the attached writing dated December 8, 2020 (Ex. B); and

       WHEREAS, Receiver now seeks Court approval of the interim payments described herein;

       IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $10,855.00 and to Counsel for Receiver Kim Berg in the amount of $3,018.26 are hereby approved by the Court.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.
December 22, 2020