UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                Plaintiff,

-against-

HUDSON EFT LLC, GUIDO SUBOTOVSKY, SAMUEL GACCIONE, HUGO SUBOTOVSKY, WILLIAM CLARKE, NOBLE ELEVATOR COMPANY, INC., SHAWN'S LAWN, INC., VSP MECHANICAL, INC., GEBERTH ELECTRIC, INC., GAC BUILDERS LTD., BRIDGE MECHANICAL CORPORATION, UPPER RESTORATION, INC., AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
---------------------------------------------------------------

20-cv-05063 (KMK)(PED)

**PROPOSED ORDER FOR PAYMENT OF FEES TO RECEIVER AND TO COUNSEL FOR RECEIVER FOR JANUARY 2021**

WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for services rendered for the month of January 2021 seeking an interim payment in the amount of $12,285.00 which payment was approved by Plaintiff in the attached writing on February 11, 2021 (Ex. A); and

WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for counsel's services for services rendered during the month of January 2021 in the amount of $7,141.64, which was approved by Plaintiff in the attached writing dated February 10, 2021 (Ex. B); and

WHEREAS, Receiver now seeks Court approval of the interim payments described herein;

IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $12,285.00 and to Counsel for Receiver Kim Berg in the amount of $7,141.64 are hereby approved by the Court.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.
2/12/21