# MEMO ENDORSED



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

**Adam M. Marshall, Esq.**
amarshall@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

September 20, 2021

**VIA ECF**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601

    Re: **LMREC III Note Holder, Inc. v. Hudson EFT LLC, et al.**
       ***Case No. 7:20-cv-5063 (KMK)(PED)***

Dear Judge Karas:

  This firm represents defendants Samuel Gaccione and William Clarke in the above matter. We write on behalf of our clients and co-defendants Hudson EFT LLC, Guido Subotovsky and Hugo Subotovsky (collectively, "Defendants") to respectfully request that Defendants' time to serve and file opposition to Plaintiff's pending motion for summary judgment (ECF Doc. 182) be extended by two (2) weeks, to October 6, 2021. Pursuant to the Order and Briefing Schedule entered on July 26, 2021 (the "Scheduling Order"), the current deadline for Defendants' opposition is September 22, 2021. (ECF Doc. 156).

  This would be the first extension of the deadline for Defendants to oppose Plaintiff's summary judgment motion, which was filed on September 1, 2021. It is being requested because I was out of the office for the Jewish holidays this month and because I have conflicting briefing schedules in several other matters. With the extension, Plaintiff's reply papers would be due by November 3, 2021.

  I emailed Plaintiff's counsel last Friday at 11:32 AM to inquire whether Plaintiff would consent to the proposed extension and only after I followed up this morning was I informed this afternoon that Plaintiff would not consent to any extension because the parties had agreed to twenty-one (21) days for opposition in the Scheduling Order. A copy of the pertinent email string is attached hereto as Exhibit "A".

  The Scheduling Order at issue directed summary judgment motions pertaining to events of monetary default to be made "no later than thirty (30) days after the close of fact discovery, or by **September 20, 2021**." (ECF Doc. 156 at ¶ 4) (emphasis added).[1] As I explained in my reply to

---

[1] Fact discovery relating to events of monetary default closed on August 23, 2021. (ECF Doc. 156 at ¶ 1).

Hon. Kenneth M. Karas, U.S.D.J.
Case No. 7:20-cv-5063
Page 2 of 2

opposing counsel (Exhibit "A" at 1), if I had known in July that Plaintiff would file its voluminous summary judgment motion almost three (3) full weeks early, timing the motion so that the Labor Day, Rosh Hashanah and Yom Kippur holidays would all cut into Defendants' time to prepare opposition papers, I would have insisted upon a lengthier response period in the first instance.

We thank the Court for its consideration.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

By: _____
Adam M. Marshall, Esq.

Encl.

cc:   All Counsel via ECF

Granted.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.

9/21/2021

# EXHIBIT "A"

## Adam M. Marshall

**From:** Adam M. Marshall
**Sent:** Monday, September 20, 2021 1:34 PM
**To:** Sophia Cahill
**Cc:** Michael Driscoll; Robert Friedman; Gary Rosen; Erik Ortmann
**Subject:** RE: LMREC v. Hudson EFT LLC, et al.

Sophia,

Thanks for the belated response. I note that your office could have advised me of Plaintiff's inflexible position when I emailed on Friday morning instead of waiting three full days. Moreover, the scheduling order we negotiated had a deadline of September 20 for filing the motion. Had I known that Plaintiff was going to file its motion almost 3 full weeks early – timing the motion so that the Labor Day, Rosh Hashanah and Yom Kippur holidays would all eat into my clients' opposition time – I would have insisted upon a lengthier response period in the first instance.

I will advise the Court of your position in my letter.

Best,

--Adam


**Adam M. Marshall**
*Attorney At Law*



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

135 Crossways Park Dr, Suite 201
Woodbury, NY 11797

Direct:  516-283-8731
Main:    516-681-1100
Email:   amarshall@kdvlaw.com

**WWW.KDVLAW.COM**

   
Mansfield Rule
Certified 2021

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Sophia Cahill <SCahill@sheppardmullin.com>
**Sent:** Monday, September 20, 2021 1:16 PM
**To:** Adam M. Marshall <amarshall@kdvlaw.com>

1

**Cc:** Michael Driscoll <MDriscoll@sheppardmullin.com>; Robert Friedman <rfriedman@sheppardmullin.com>; Gary Rosen <grosen@rosenlawllc.com>; Erik Ortmann <eortmann@kdvlaw.com>
**Subject:** RE: LMREC v. Hudson EFT LLC, et al.

[EXTERNAL SENDER]
Adam,

On behalf of Plaintiff, we cannot consent to an extension at this time. We negotiated the scheduling order in good faith at the end of July, with the purpose of promptly moving the litigation forward as Plaintiff continues to incur significant expenses with securing and maintaining the property. Plaintiff originally proposed 14 days for defendants to file and prepare opposition, but ultimately agreed to 21 days, and Defendants have now had three weeks to prepare opposition papers since the filing of Plaintiff's summary judgment motion on September 1. Therefore, our client does not consent to the extension as requested.

Regards,

**Sophia L. Cahill**
+1 212-896-0671 | direct
SCahill@sheppardmullin.com | Bio

# SheppardMullin
30 Rockefeller Plaza
New York, NY 10112-0015
+1 212-653-8700 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Adam M. Marshall <amarshall@kdvlaw.com>
**Sent:** Monday, September 20, 2021 9:42 AM
**To:** Sophia Cahill <SCahill@sheppardmullin.com>
**Cc:** Michael Driscoll <MDriscoll@sheppardmullin.com>; Robert Friedman <rfriedman@sheppardmullin.com>; Gary Rosen <grosen@rosenlawllc.com>; Erik Ortmann <eortmann@kdvlaw.com>
**Subject:** FW: LMREC v. Hudson EFT LLC, et al.

Just following up on the below email as I will be writing the Court today. Thanks.


**Adam M. Marshall**
*Attorney At Law*

---

 **KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

135 Crossways Park Dr, Suite 201
Woodbury, NY 11797

Direct:   516-283-8731
Main:    516-681-1100
Email:    amarshall@kdvlaw.com

---

**WWW.KDVLAW.COM**

2

  

NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA

 PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

Please consider the environment before printing.

**From:** Adam M. Marshall <amarshall@kdvlaw.com>
**Sent:** Friday, September 17, 2021 11:32 AM
**To:** Sophia Cahill <SCahill@sheppardmullin.com>
**Cc:** Driscoll Michael <MDriscoll@sheppardmullin.com>; Robert Friedman <rfriedman@sheppardmullin.com>; Gary Rosen <grosen@rosenlawllc.com>; Erik Ortmann <eortmann@kdvlaw.com>
**Subject:** LMREC v. Hudson EFT LLC, et al.

Hi Sophia,

Will Plaintiff consent to extend the deadline for defendants to file opposition to Plaintiff's summary judgment motion to October 6? I have several other conflicting motion schedules and was out for the Jewish holidays this month.

Please let me know at your earliest convenience.

Thanks,

--Adam

**Adam M. Marshall**
*Attorney At Law*

 **KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

135 Crossways Park Dr, Suite 201
Woodbury, NY 11797

Direct:   516-283-8731
Main:     516-681-1100
Email:    amarshall@kdvlaw.com

**WWW.KDVLAW.COM**

   

NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this

3

Case 7:20-cv-05063-KMK-PED   Document 189-1   Filed 09/20/21   Page 5 of 5
Case 7:20-cv-05063-KMK-PED   Document 190   Filed 09/21/21   Page 7 of 7

communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**Attention:** This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.