UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                Plaintiff,                      20-cv-05063 (KMK)(PED)

    -against-                        **PROPOSED ORDER FOR PAYMENT OF FEES**

HUDSON EFT LLC, GUIDO SUBOTOVSKY,    **TO RECEIVER AND TO**
SAMUEL GACCIONE, HUGO SUBOTOVSKY,    **COUNSEL FOR RECEIVER**
WILLIAM CLARKE, NOBLE ELEVATOR             **FOR OCTOBER 2021**
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
-----------------------------------------------------------------

WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for services rendered for the month of October 2021 seeking an interim payment in the amount of $8,645.00 which payment was approved by Plaintiff in the attached writing dated November 10, 2021 (Ex. A); and

WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Receiver Andrew L. Herz provided to Plaintiff the attached Invoice for counsel's services rendered during the month of October 2021 in the amount of $2,365.72 which payment was approved by Plaintiff in the attached writing dated November 10, 2021 (Ex. B); and

WHEREAS, Receiver now seeks Court approval of the interim payments described herein;

IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $8,645.00 and to Counsel for Receiver Kim Berg, partner of Gould & Berg, LLP, in the amount of $2,365.72 are hereby approved by the Court.

SO ORDERED:

*/s/ Kenneth M. Karas/*

Kenneth M. Karas, U.S.D.J.
11/12/21