UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                Plaintiff,                      20-cv-05063 (KMK)(PED)

  -against-                                 **ORDER FOR PAYMENT OF FEES TO RECEIVER AND TO COUNSEL FOR RECEIVER FOR JANUARY 2022**

HUDSON EFT LLC, GUIDO SUBOTOVSKY,
SAMUEL GACCIONE, HUGO SUBOTOVSKY,
WILLIAM CLARKE, NOBLE ELEVATOR
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
-----------------------------------------------------------------

    WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz rendered services for the month of January 2022 in the amount of $7,670.00 which payment was approved by Plaintiff in the attached writing dated February 11, 2022 (Ex. A); and

    WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Counsel to Receiver rendered services during the month of January 2022 in the amount of $5,144.19 which payment was approved by Plaintiff in the attached writing dated February 11, 2022 (Ex. B); and

    WHEREAS, Receiver and Counsel to Receiver now seek Court approval of the interim payments to Receiver and to Counsel as described herein.

    IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $7,670.00 and to Counsel for Receiver in the amount of $5,144.19 are hereby approved.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.
February 11, 2022

# Exhibit A

Andrew L. Herz
Receiver Time
Jan.1 – 31, 2022

| Date | Hours | Description |
|---|---|---|
| 1.03.22 Monday | .80 hours | TC plaintiff's counsel; correspondence with Hillmann; TC Mr. Mehring; |
| 1.04.22 Tuesday | 1.10 hours | correspondence with Belfor; conference call with plaintiff's counsel; TC with Ms. Berg |
| 1.05.22 Wednesday | .40 hours | Review correspondence |
| 1.06.22 Thursday | .60 hours | TC Mr. Sobolof; write Belfor; review Belfor standard contract |
| 1.07.22 Friday | 1.10 hours | Review final Belfor contract, write Belfor; pay insurance; review correspondence |
| 1.10.22 Monday | 1.30 hours | Write village attorney; review correspondence; review & revise letter to court; conference with Ms. Berg re: letter to court; approve payments |
| 1.11.22 Tuesday | .50 hours | Miscellaneous correspondence; write Mr. Sobolof; confirm real estate taxes |
| 1.12.22 Wednesday | .60 hours | Confirm FNA payment; write insurance company; inquire about Hillmann bill |
| 1.13.22 Thursday | .10 hours | Write Mr. Mehring; write parties |
| 1.14.22 Friday | .90 hours | Sign checks; miscellaneous correspondence; conference with Ms. Camardella re: tax forms |
| 1.16.22 Sunday | .50 hours | Write Ms. Berg |
| 1.18.22 Tuesday | .80 hours | Correspondence with Mr. Corke; review and sign quarterly report |
| 1.20.22 Thursday | .30 hours | TC with Hillmann and LaSalle |
| 1.21.22 Friday | .20 hours | Write Hillmann; review correspondence |
| 1.22.22 Saturday | .10 hours | Write Hillmann |
| 1.24.22 Monday | .40 hours | Write Sobolof; write Mr. Corke; review correspondence |
| 1.25.22 Tuesday | .30 hours | Write architect |
| 1.26.22 Wednesday | .10 hours | Review correspondence |
| 1.27.22 Thursday | .30 hours | TC with Matthew Cordone re: draft letter |
| 1.28.22 Friday | 1.20 hours | Review and revise draft letter from Matthew Cordone; write Anthony Scarduzio; TC with Mr. Mehring; TC with Ms. Camardella re: W-2 |
| 1.31.22 Monday | .20 hours | Write Mr. Mehring re : tax assessment |
| Total | 11.80 hours | $7670.00 |

Re: Fwd: Subject: 80 Main Street/ Receiver Time Jan 2022

From: Mehring, Luke (luke.mehring@lasalle.com)

To: alherz@pbwt.com

Cc: gouldberglawinfo@yahoo.com

Date: Friday, February 11, 2022, 10:59 AM EST

I approve

Sent from my iPhone

> On Feb 11, 2022, at 7:57 AM, Herz, Andrew L. (x2910) <alherz@pbwt.com> wrote:
>
> Luke, please approve.
>
> Andrew L. Herz
> Patterson Belknap Webb & Tyler, LLP
> 212-336-2910
> ALHerz@PBWT.COM
>
> Begin forwarded message:
>
> **From:** Christine Camardella <gouldberglawinfo@yahoo.com>
> **Date:** February 9, 2022 at 1:28:41 PM EST
> **To:** "Herz, Andrew L. (x2910)" <alherz@pbwt.com>
> **Cc:** "Esq. Kim Berg" <kberg@gouldberglaw.com>
> **Subject: Subject: 80 Main Street/ Receiver Time Jan 2022**
>
> **Caution: External Email!**
>
> Please review
>
> Christine Camardella
> Gould & Berg, LLP
>
> 222 Bloomingdale Road, Suite 304
> White Plains, New York 10605
> Phone: 914-397-1050
> Fax: 914-397-1051
> e-mail: gouldberglawinfo@yahoo.com
>
> www.gouldberglaw.com
>
> 
>
> **White Plains Employment Law Attorney | Civil Rights**
>
> Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...

This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050. To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

 01.01.22 - 01.31.22.pdf
47.3kB

# Exhibit B

Case 7:20-cv-05063-KMK-PED   Document 222-2   Filed 02/11/22   Page 6 of 11



# GOULD & BERG, LLP
*attorneys at law*

Jane Bilus Gould  
Kim Patricia Berg*  
*also admitted in New Jersey

222 Bloomingdale Road  
White Plains, New York 10605  
*phone* 914-397-1050  *fax* 914-397-1051  
*web* www.gouldberglaw.com

Mr. Andrew Herz, Receiver  
33 Cushman Road  
White Plains NY 10606

Page: 1  
02/03/22  
FILE NO: 5168-20  
STATEMENT NO: 2

Counsel to Receiver                                       INTERIM STATEMENT

|  |  | HOURS |  |
|---|---|---:|---:|
| 01/03/22 | | | |
| CC | Review several emails, print correspondence and attachments; prepare payment to FNA Engineering; file | 0.40 | 36.00 |
| 01/04/22 | | | |
| KPB | Telephone call with client | 0.20 | 100.00 |
| CC | Review emails, print correspondence and attachments; pdf misc. docs to Mr. Herz; | 0.20 | 18.00 |
| 01/05/22 | | | |
| KPB | draft proposed order for receiver fees and counsel fees for Dec 2021 and for updated retainer effective Janaury 1, 2022 | 0.30 | 150.00 |
| 01/06/22 | | | |
| CC | Review emails & print correspondence | 0.10 | 9.00 |
| 01/07/22 | | | |
| KPB | review Court Order appointing receiver; perpetual easement agreement and correspondence between receiver and G Rosen; draft letter application with exhbiits to Court; draft email to client | 2.00 | 1,000.00 |
| CC | Review several emails, print correspondence and attachments; meet with Mr. Herz; prepare payments to Belfor & NorthMarq., scan Ae and payments of same and email to Mr. Herz | 0.90 | 81.00 |
| 01/10/22 | | | |
| KPB | Meet with client | 0.40 | 200.00 |
| KPB | revise letter application to Court and email to client for review | 0.40 | 200.00 |
| KPB | review email from client; revise letter to court; set up exhibits for filing with letter application | 0.20 | 100.00 |
| KPB | revise proposed order for fees and | | |

Counsel to Receiver

|  |  | HOURS |  |
|---|---|---|---|
|  | retainer | 0.10 | 50.00 |
| KPB | draft two emails to client; review ECF notices re filing and approval of proposed fee order as to form | 0.10 | 50.00 |
| CC | Review several emails, print correspondence and attachments; draft Receiver Time; draft email to Mr. Mehring re Receiver & Counsel Statement | 0.60 | 54.00 |
| CC | Gather documents for fee order exhibits; scan; file with Court proposed order for fees; print and download filed doc | 0.70 | 63.00 |

01/11/22
| KPB | review ecf notification with so ordered memo re application on receiver authority and draft email to client | 0.10 | 50.00 |
|---|---|---|---|
| KPB | review court order for attorney and receiver fees; draft email to client | 0.10 | 50.00 |
| CC | Review emails, print correspondence and attachments; prepare payment to Hillmann Invoice # 82888; scan and pdf to Mr. Herz; misc. filing | 1.10 | 99.00 |

01/12/22
| CC | Review email coresspondence, print attachments; file; email doc215 with Exhibits to Mr. Herz; draft email to Mr. Corke with attachments | 0.50 | 45.00 |
|---|---|---|---|
| CC | Prepare checks for Ossining taxes due; email correspondence with Mr. Herz; scan & pdf to AH | 0.30 | 27.00 |
| CC | Prepare check payment to Counsel & Mr. Herz; scan & pdf to Mr. Herz | 0.20 | 18.00 |

01/13/22
| CC | Meet with Mr. Herz; misc filing | 0.20 | 18.00 |
|---|---|---|---|
| CC | Prepare check payments to Sobolof & Verizon; scan; pdf to Mr. Herz | 0.20 | 18.00 |

01/14/22
| KPB | Draft quarterly report for 4th quarter 2021; review bank statements and exhibits A, B and C; draft email to client | 1.50 | 750.00 |
|---|---|---|---|
| CC | Prepare payments to G&B June/Oct21; scan; pdf to Mr. Herz; | 0.20 | 18.00 |
| CC | Prepare documents for December portion of Quarterly Report; gather document/exhibits for Quarterly Report | 1.10 | 99.00 |

01/15/22
| KPB | review ecf notice and letter with exhibits from Gary Rosen concerning easement agreement; outline arguments; draft email to client | 0.40 | 200.00 |
|---|---|---|---|
| KPB | review pleadings in underlying state court actions referred to by G Rosen and complaint in federal case; draft outline |  |  |

Counsel to Receiver

|  |  | HOURS |  |
|---|---|---|---|
|  | of responsive points to issues raised in G. Rosen letter; review FRCP re receivers; draft email to client | 2.00 | 1,000.00 |
| 01/17/22 |  |  |  |
| KPB | review email from client and reply | 0.10 | 50.00 |
| CC | Review emails; print correapondence and attachments; file | 0.10 | 9.00 |
| 01/18/22 |  |  |  |
| KPB | review ecf notice re court endorsement; draft email to client | 0.10 | 50.00 |
| KPB | Telephone call with client | 0.10 | 50.00 |
| KPB | email quarterly report to plaintiff's counsel for filing with the court | 0.10 | 50.00 |
| CC | Balance TD Bank Statement | 0.30 | 27.00 |
| 01/20/22 |  |  |  |
| KPB | Telephone call with client | 0.30 | 150.00 |
| 01/24/22 |  |  |  |
| CC | Print email correspondence and attachments | 0.10 | 9.00 |
| 01/28/22 |  |  |  |
| CC | T/C with accountant re 1099; gather document/ information, email correspondence with Pat Lager CPA | 1.10 | 99.00 |
| 01/29/22 |  |  |  |
| KPB | draft email to client; review response and draft reply | 0.10 | 50.00 |
|  |  | 16.90 | 5,047.00 |

### RECAPITULATION

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kim P. Berg | 8.60 | $500.00 | $4,300.00 |
| Christine Camardella | 8.30 | 90.00 | 747.00 |

| | |
|---|---|
| 01/03/22 overnight mail charges - FedEx- 5316 | 13.39 |
| 01/07/22 overnight mail charges - FedEx- 0670 | 21.36 |
| 01/07/22 overnight mail charges - FedEx- 0669 | 23.01 |
| 01/28/22 overnight mail charges - FedEx- 5772 | 27.71 |
| 01/31/22 Postage | 2.12 |
| 01/31/22 Photocopies 96 @ .10 | 9.60 |
| TOTAL EXPENSES | 97.19 |
| TOTAL CURRENT WORK | 5,144.19 |
| BALANCE DUE | $5,144.19 |

Re: Fwd: Subject: 80 Main Street/ Counsel to the receiver Jan 2022

From: Mehring, Luke (luke.mehring@lasalle.com)

To: alherz@pbwt.com

Cc: gouldberglawinfo@yahoo.com

Date: Friday, February 11, 2022, 11:01 AM EST

I approve

Sent from my iPhone

> On Feb 11, 2022, at 8:00 AM, Herz, Andrew L. (x2910) <alherz@pbwt.com> wrote:

> Luke, Please approve. Looks fine to me. Andy
>
> Andrew L. Herz
> Patterson Belknap Webb & Tyler, LLP
> 212-336-2910
> ALHerz@PBWT.COM
>
> Begin forwarded message:
>
> **From:** Christine Camardella <gouldberglawinfo@yahoo.com>
> **Date:** February 8, 2022 at 11:34:21 AM EST
> **To:** "Herz, Andrew L. (x2910)" <alherz@pbwt.com>
> **Cc:** "Esq. Kim Berg" <kberg@gouldberglaw.com>
> **Subject: Subject: 80 Main Street/ Counsel to the receiver Jan 2022**

*Caution: External Email!*

Christine Camardella
Gould & Berg, LLP

222 Bloomingdale Road, Suite 304
White Plains, New York 10605
Phone: 914-397-1050
Fax: 914-397-1051
e-mail: gouldberglawinfo@yahoo.com

www.gouldberglaw.com

**White Plains Employment Law Attorney | Civil Rights**

Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...

This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050. To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.


Jan. 2022.pdf
197.5kB