

**Attorneys at Law**

216 Lakeville Road
Great Neck, New York 11020
T 516.437.3400
F 516.334.3000

500 Village Square Crossing, Suite 101
Palm Beach Gardens, Florida 33410
T 561.899.9999
F 561.584.6434

Gary Rosen, Esq. | Admitted NY, FL, NJ, PA, GA
Jared Rosen, Esq. | Admitted NY, FL, NJ
Jaime Rosen, Esq. | Admitted NY, FL, NJ, CT
Michael J. Noonan, Esq. | Admitted NY
Joseph G. Noonan, Esq. | Admitted NY, IL

February 14, 2022

**MEMO ENDORSED**

<u>**VIA ECF:**</u>
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE:   **LMREC III NOTE HOLDER, INC. V. HUDSON EFT LLC, ET.AL.**
       **CASE NO. 20-CV-5063(KMK)**
       **United States District Court for the Southern District of New York**

Dear Judge Karas:

We are the attorneys for Defendant Hudson EFT LLC, Defendant Guido Subotovsky, and Defendant Hugo Subotovsky in the above entitled action.

There is a conference before your Honor tomorrow, Tuesday, February 15, 2022 at 12:30 p.m.

We will be substituted in by different counsel for Defendant Hudson EFT LLC, Defendant Guido Subotovsky, and Defendant Hugo Subotovsky and it is respectfully requested that the conference be adjourned from tomorrow for a few days so that new counsel can join the conference in lieu of our office.

Thank you very much,

Respectfully submitted,

Gary Rosen

This request is denied as tardy.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

February 15, 2022