UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                Plaintiff,                20-cv-05063 (KMK)(PED)

  -against-                   ~~PROPOSED~~ ORDER
                                        FOR PAYMENT OF FEES
HUDSON EFT LLC, GUIDO SUBOTOVSKY,   TO RECEIVER AND TO
SAMUEL GACCIONE, HUGO SUBOTOVSKY,   COUNSEL FOR RECEIVER
WILLIAM CLARKE, NOBLE ELEVATOR        FOR MAY 2022
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
-------------------------------------------------------------------

WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz rendered services for the month of May 2022 in the amount of $5,265.00 which payment was approved by Plaintiff in the attached writing dated June 16, 2022 (Ex. A); and

WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Counsel to Receiver rendered services during the month of May 2022 in the amount of $754.98 which payment was approved by Plaintiff in the attached writing dated June 6, 2022 (Ex. B); and

WHEREAS, Receiver and Counsel to Receiver now seek Court approval of the interim payments to Receiver and to Counsel as described herein.

IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $5,265.00 and to Counsel for Receiver in the amount of $754.98 are hereby approved.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.

6/17/2022