UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                Plaintiff,                      20-cv-05063 (KMK)(PED)

    -against-                           ~~PROPOSED~~ ORDER
                                            FOR PAYMENT OF FEES
HUDSON EFT LLC, GUIDO SUBOTOVSKY,        TO RECEIVER AND TO
SAMUEL GACCIONE, HUGO SUBOTOVSKY,      COUNSEL FOR RECEIVER
WILLIAM CLARKE, NOBLE ELEVATOR           FOR AUGUST 2022
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
-------------------------------------------------------------------

        WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz rendered services for the month of August 2022 in the amount of $1,040.00 which payment was approved by Plaintiff in the attached writing dated September 9, 2022 (Ex. A); and

        WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Counsel to Receiver rendered services during the month of August 2022 in the amount of $783.14 which payment was approved by Plaintiff in the attached writing dated September 11, 2022 (Ex. B); and

        WHEREAS, Receiver and Counsel to Receiver now seek Court approval of the interim payments to Receiver and to Counsel as described herein.

        IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $1,040.00 and to Counsel for Receiver in the amount of $783.13 are hereby approved.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.

9/14/22

# Exhibit A

Andrew L. Herz
Receiver Time
August 1– 31, 2022

| Date | Hours | Description |
|---|---|---|
| 08.03.22 Wednesday | .10 | Write Mr. Lauretta; pay insurance |
| 08.04.22 Thursday | .10 | Review timesheets |
| 08.09.22 Tuesday | .10 | Arrange insurance payment |
| 08.10.22 Wednesday | .10 | Conference Ms. Camardella re: Utility bills |
| 08.11.22 Thursday | .40 | Write Mr. Cordone, Write Mr. Watkins; review Sobolof report |
| 08.17.22 Wednesday | .10 | Miscellaneous correspondence |
| 08.28.22 Sunday | .30 | Write Mr. Cordone; sign checks |
| 08.30.22 Tuesday | .40 | Write Mr. Lauretta; Telephone call Mr. Mehring |
| Total | 1.60 | $1040.00 |

9/12/22, 9:12 AM Case 7:20-cv-05063-KMK-PED Document 250 Yahoo Mail - Re: Subject: 80 Main Street/ Receiver Time Filed 09/13/22 Page 3 of 4

Case 7:20-cv-05063-KMK-PED   Document 251   Filed 09/14/22   Page 4 of 10

Re: Subject: 80 Main Street/ Receiver Time

From: Herz, Andrew L. (x2910) (alherz@pbwt.com)

To: gouldberglawinfo@yahoo.com

Date: Friday, September 9, 2022 at 09:45 PM EDT

Approved

Andrew L. Herz
Cell:914-584-7583
ALHerz@PBWT.COM

> On Sep 9, 2022, at 3:50 PM, Christine Camardella <gouldberglawinfo@yahoo.com> wrote:

**Caution: External Email!**

Please approve

Thanks,
Christine Camardella
Gould & Berg, LLP

222 Bloomingdale Road, Suite 304
White Plains, New York 10605
Phone: 914-397-1050
Fax: 914-397-1051
e-mail: gouldberglawinfo@yahoo.com

www.gouldberglaw.com

**White Plains Employment Law Attorney | Civil Rights**

Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...

This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050. To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.


08.01-08.31.22.pdf
12.6kB

# Exhibit B

# GOULD & BERG, LLP
*attorneys at law*

222 Bloomingdale Road
White Plains, New York 10605
(914) 397-1050
gouldberglawinfo@yahoo.com

Mr. Andrew Herz, Receiver
33 Cushman Road
White Plains, NY  10606

Statement Date: September 9, 2022
Statement No. 2
Account No. 5168.20
Page: 1

RE: Counsel to Receiver

Counsel to Receiver                                                                              INTERIM STATEMENT

|            |                                                                                                                                                                                                                                                                    | HOURS |        |
|------------|-----|------|--------|
| 8/04/2022  | Review several emails; print correspondence; Reply to Mr. Herz re: Vanguard Insurance; Telephone call with Nicole Hanlon from Vanguard re: Payment; draft email to Nicole; Telephone call with Mr. Herz; Forward email to Mr. Herz re additional information required/ Vanguard; reply to Mr. Mehring re Taxes | 0.50 | 45.00 |
|            | prepare proposed order for fees and review invoices and approvals from plaintiff | 0.30 | 150.00 |
|            | Prepare documents for exhibits proposed order for fees; scan; file with court Proposed Order for Fees | 0.50 | 45.00 |
| 8/08/2022  | Prepare payment to NorthMarq Capital August Force Place Policy; Scan | 0.30 | 27.00 |
| 8/09/2022  | Balance July 2022 TD Bank Statement; Gather documents & post payments for July portion of Quarterly Report | 1.20 | 108.00 |
|            | Draft email to parties re NorthMarq payment with attachment; Overnight payment | 0.10 | 9.00 |
| 8/10/2022  | Review email correspondence re Verizon; prepare payment to Verizon; scan & pdf to parties; telephone call with Mr. Herz; mail; file | 0.30 | 27.00 |
| 8/11/2022  | Review email correspondence; meet with Mr. Herz re outstanding bills; prepare payments re Con Edison, Adam Sobolof, Cordone; scan; draft email to parties with attachments; file, mail | 1.10 | 99.00 |
| 8/12/2022  | Review email correspondence; print attachments; misc. filing | 0.50 | 45.00 |

To ensure proper credit, please include account number and statement date on remittance checks. Thank you.

Mr. Andrew Herz, Receiver

FILE NO:   5168-20
STATEMENT NO:   2

Counsel to Receiver
Counsel to Receiver

| Date | Description | HOURS | Amount |
|---|---|---|---|
| 8/15/2022 | email correspondence with Mr. Herz re bill payments | 0.30 | 27.00 |
| 8/17/2022 | Telephone call to TD Bank re wire transfer; reply to Mr. Mehring's email; Prepare payment to Gould & Berg re July Counsel Fees; Write parties with attachment; file | 0.20 | 18.00 |
| 8/18/2022 | Review email correspondence; miscellaneous filing | 0.40 | 36.00 |
| 8/23/2022 | Prepare bill payments re Verizon & Con Edison | 0.30 | 27.00 |
| 8/29/2022 | Review email; telephone call with Mr. Herz; write parties with bill payment attachment; Mail payment to Con Edison & Verizon; scan ; file | 0.30 | 27.00 |
| 8/30/2022 | Review several emails, print correspondence and file | 0.30 | 27.00 |
| | | 6.60 | 717.00 |

RECAPITULATION

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kim P. Berg | 0.30 | $500.00 | $150.00 |
| Christine Camardella | 6.30 | 90.00 | 567.00 |

| Date | Description | Amount |
|---|---|---|
| 8/05/2022 | Overnight mail charges -FedEx - 9453 | 19.19 |
| 8/10/2022 | Postage | 0.57 |
| 8/11/2022 | Postage | 2.52 |
| 8/12/2022 | Overnight mail charges - FedEx- 9486 | 24.96 |
| 8/31/2022 | Photocopies 189 x .10 | 18.90 |
| | TOTAL EXPENSES | 66.14 |
| | TOTAL CURRENT WORK | 783.14 |
| | BALANCE DUE | $783.14 |

PLEASE INDICATE FILE NO. ON REMITTANCE - THANK YOU

Re: Subject: 80 Main Street/ Counsel to Receiver time

From: Mehring, Luke (luke.mehring@lasalle.com)

To: gouldberglawinfo@yahoo.com

Cc: alherz@pbwt.com; kberg@gouldberglaw.com

Date: Sunday, September 11, 2022 at 11:09 AM EDT

I approve

Sent from my iPhone

On Sep 9, 2022, at 12:33 PM, Christine Camardella <gouldberglawinfo@yahoo.com> wrote:

Caution: Message from external sender

Hi

Please approve

Thanks
Christine Camardella
Gould & Berg, LLP

222 Bloomingdale Road, Suite 304
White Plains, New York 10605
Phone: 914-397-1050
Fax: 914-397-1051
e-mail: gouldberglawinfo@yahoo.com

www.gouldberglaw.com

**White Plains Employment Law Attorney | Civil Rights**

Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...

This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050. To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

5/12/22, 9:00 AM
Case 7:20-cv-05063-KMK-PED   Document 250-2   Filed 09/13/22   Page 5 of 5
Case 7:20-cv-05063-KMK-PED   Document 251   Filed 09/14/22   Page 10 of 10

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.



Aug.22.pdf
345.5kB