UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LMREC III NOTE HOLDER, INC.,

      Plaintiff,

  -against-

HUDSON EFT LLC, GUIDO SUBOTOVSKY, SAMUEL GACCIONE, HUGO SUBOTOVSKY, WILLIAM CLARKE, NOBLE ELEVATOR COMPANY INC., SHAWN'S LAWNS INC., VSP MECHANICAL INC., GEBERTH ELECTRIC INC., GAC BUILDERS LTD., BRIDGE MECHANICAL CORPORATION, UPPER RESTORATION, INC., AND JOHN DOE #1 THROUGH JOHN DOE #10,

      Defendants.
---------------------------------------------------------------- x

No.  7:20-cv-05063
(KMK)(PED)

**PROPOSED ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE THAT** upon the declaration of Sophia L. Cahill, sworn to on September 14, 2022, the exhibits annexed thereto (including but not limited to the prior pleadings, the relevant affidavits of service, and the Clerk's Certificates of Default), it is

**ORDERED**, that Defendants Noble Elevator Company Inc., Shawn's Lawns Inc., VSP Mechanical Inc., Geberth Electric Inc., GAC Builders LTD., Bridge Mechanical Corporation, and Upper Restoration, Inc. show cause before this Honorable Court, at Room 521, United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, on _____, 2022, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(a) of the Federal Rules of Civil Procedure entering default judgment against Defendants Noble Elevator Company Inc., Shawn's Lawns Inc., VSP Mechanical Inc., Geberth Electric Inc., GAC Builders LTD., Bridge Mechanical Corporation,

and Upper Restoration, Inc. for failure to file an Answer or to otherwise appear in this action; and it is further

**ORDERED** that a copy of this order, annexed affirmation, and exhibits, be served upon defendants Noble Elevator Company, Shawn's Lawns Inc., VSP Mechanical Inc., Geberth Electric Inc., GAC Builders LTD., Bridge Mechanical Corporation, and Upper Restoration, Inc. on or before _____ o'clock in the _____noon, _____, 2022, and that such service shall be deemed good and sufficient service thereof; and that Defendants' Noble Elevator Company Inc., Shawn's Lawns Inc., VSP Mechanical Inc., Geberth Electric Inc., GAC Builders LTD., Bridge Mechanical Corporation, and Upper Restoration, Inc. responsive papers, if any, must be served upon Plaintiffs' attorneys on or before _____, 2022.

Dated: _____, 2022

_____
The Honorable Kenneth M. Karas
United States District Court Judge