UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                Plaintiff,                20-cv-05063 (KMK)(PED)

  -against-                          **ORDER FOR PAYMENT OF FEES TO RECEIVER AND TO COUNSEL FOR RECEIVER FOR OCTOBER 2022**

HUDSON EFT LLC, GUIDO SUBOTOVSKY,
SAMUEL GACCIONE, HUGO SUBOTOVSKY,
WILLIAM CLARKE, NOBLE ELEVATOR
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
------------------------------------------------------------------

     WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz rendered services for the month of October 2022 in the amount of $3,055.00 which payment was approved by Plaintiff in the attached writing dated November 16, 2022 (Ex. A); and

     WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Counsel to Receiver rendered services during the month of October 2022 in the amount of $1,918.94 which payment was approved by Plaintiff in the attached writing dated November 16, 2022 (Ex. B); and

     WHEREAS, Receiver and Counsel to Receiver now seek Court approval of the interim payments to Receiver and to Counsel as described herein.

     IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $3,055.00 and to Counsel for Receiver in the amount of $1,918.94 are hereby approved.

SO ORDERED.

Dated:   November 28, 2022
             White Plains, New York

                                                           KENNETH M. KARAS
                                                       UNITED STATES DISTRICT JUDGE

# Exhibit A

Andrew L. Herz
Receiver Time
Oct. 1– 31, 2022

| 10/2 Sunday | .30 | Review site inspections |
|---|---|---|
| 10/3 Monday | .40 | Correspondence re : Hillmann |
| 10/10 Monday | .20 | Correspondence ready planning for 10/13 |
| 10/13 Thursday | .30 | Correspondence red bill payment to Hillmann |
| 10/17 Monday | .50 | Correspondence with Mr. Mehring and Ms. Camardella |
| 10/19 Wednesday | .90 | Miscellaneous correspondence including relating to bill payments, insurance payment notices from Con Ed |
| 10/20 Thursday | .40 | Review Sobolof submission |
| 10/24 Monday | .30 | Correspondence relating to planning board |
| 10/25 Tuesday | .30 | Correspondence Re: site visit and planning board |
| 10/27 Thursday | .40 | Review Bank Balances |
| 10/28 Friday | .50 | Correspondence relating to planning board input |
| 10/31 Monday | .20 | Correspondence with Mr. Mehring |
| Total | 4.7 | $3,055 |

## Re: Subject: 80 Main Street/ Receiver Time Oct.

From: Mehring, Luke (luke.mehring@lasalle.com)
To: gouldberglawinfo@yahoo.com
Cc: alherz@pbwt.com; kberg@gouldberglaw.com
Date: Wednesday, November 16, 2022 at 11:47 PM EST

I approve

Sent from my iPhone

> On Nov 16, 2022, at 10:47 AM, Christine Camardella <gouldberglawinfo@yahoo.com> wrote:
>
> **Caution: Message from external sender**
>
> Hi Mr. Mehring,
>
> Please approve
>
> Christine Camardella
> Gould & Berg, LLP
>
> 222 Bloomingdale Road, Suite 304
> White Plains, New York 10605
> Phone: 914-397-1050
> Fax: 914-397-1051
> e-mail: gouldberglawinfo@yahoo.com
>
> www.gouldberglaw.com
>
> **White Plains Employment Law Attorney | Civil Rights** 
> Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...
>
> This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050.  To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.


10.01-10.31.22.pdf
13.9kB

# Exhibit B



# GOULD & BERG, LLP
*attorneys at law*

222 Bloomingdale Road
White Plains, New York 10605
(914) 397-1050
gouldberglawinfo@yahoo.com

Mr. Andrew Herz, Receiver
33 Cushman Road
White Plains, NY  10606

Statement Date: November 8, 2022
Statement No. 2
Account No. 5168.20
Page: 1

RE: Counsel to Receiver

Counsel to Receiver                                                                                                INTERIM STATEMENT

|            |                                                                                                                                                                       | HOURS |        |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/03/2022 | review emails print correspondence; reply to Mr. Herz; print crack monitoring reports; file                                                                           | 0.75  | 67.50  |
| 10/06/2022 | review emails, print correspondence and attachments                                                                                                                   | 0.10  | 9.00   |
| 10/07/2022 | Telephone call to Niell Hirani, Draft email to Mr. Herz; Balance TD Bank Statement; gather documents for September portion of Quarterly Report                        | 1.30  | 117.00 |
| 10/11/2022 | Review email correspondence, print attachments                                                                                                                        | 0.20  | 18.00  |
| 10/12/2022 | Review email correspondence, print attachments; file                                                                                                                  | 0.20  | 18.00  |
|            | Telephone conference with Mr. Benavides of Hirani re proposal PT22-0290                                                                                               | 0.30  | 27.00  |
| 10/13/2022 | Preparation of proposed order for Receiver and Counsel fees for September 2022                                                                                        | 0.30  | 150.00 |
|            | draft quarterly report for 2nd quarter 2022; review bank statements, checks and bills; review/modify Exhibits A, B, C; draft email to client                          | 1.50  | 750.00 |
|            | Review email correspondence; reply to Mr. Herz re Insurance; draft email to Brittany at NorthMarq; review response; prepare monthly insurance payment; federal express; prepare checks to Hillmann, Mr. Herz & Gould & Berg; draft email to Mr. Mehring re Sept. approval for fees; | 0.70  | 63.00  |
|            | Draft email to parties re Payment to Hillmann                                                                                                                         | 0.10  | 9.00   |
| 10/17/2022 | review email from Luke Mehring, revise order for Sept fees                                                                                                            | 0.10  | 50.00  |
|            | meet with client; draft email to counsel for plaintiff with quarterly report (Q3)                                                                                     | 0.20  | 100.00 |

To ensure proper credit, please include account number and statement date on remittance checks. Thank you.

Case 7:20-cv-05063-KMK-PED   Document 278-2   Filed 11/28/22   Page 8 of 15

| | Page: 2 |
|---|---|
| Mr. Andrew Herz, Receiver | 11/08/2022 |
| | FILE NO: 5168-20 |
| | STATEMENT NO: 2 |

Counsel to Receiver
Counsel to Receiver

| Date | Description | HOURS | |
|---|---|---|---|
| | Gather document for Exhibits re proposed order for fees; File with the Court proposed order; meet with Mr. Herz | 0.60 | 54.00 |
| 10/18/2022 | Review emails, print correspondence and attachments; meet with Mr. Herz | 0.30 | 27.00 |
| | Prepare check for Mr. Herz re receiver fees | 0.10 | 9.00 |
| 10/19/2022 | draft email to parties re June Fees; draft email to Parties re NorthMarq | 0.20 | 18.00 |
| | Prepare checks for Con Edison and Verizon | 0.20 | 18.00 |
| 10/20/2022 | Prepare check payment for Adam Sobolof; draft email to parties; mail | 0.20 | 18.00 |
| 10/21/2022 | review email correspondence | 0.10 | 9.00 |
| 10/24/2022 | Review emails, print correspondence and attachments; file | 0.20 | 18.00 |
| 10/26/2022 | Print email conference with correspondence re Sobolof | 0.10 | 9.00 |
| 10/27/2022 | Review email correspondence, print attachments, draft response; prepare payment to FNA re: wall Calculations; telephone call with Mr. Herz; mail; filing | 0.50 | 45.00 |
| 10/28/2022 | review judgments (default and summary); review appt of receiver and counsel re: final reports that will be needed and approval of fees; draft email to client | 0.40 | 200.00 |
| | Review email correspondence | 0.10 | 9.00 |
| | | 8.75 | 1,812.50 |

RECAPITULATION

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kim P. Berg | 2.50 | $500.00 | $1,250.00 |
| Christine Camardella | 6.25 | 90.00 | 562.50 |

| Date | Description | Amount |
|---|---|---|
| 10/03/2022 | photocopies 254 x .10 | 24.50 |
| 10/03/2022 | Overnight mail charges -FedEx- 1209 | 25.17 |
| 10/13/2022 | Overnight mail- FedEx - 5577 | 24.72 |
| 10/13/2022 | Postage | 0.57 |
| 10/21/2022 | Postage | 1.14 |
| 10/21/2022 | Postage | 0.57 |
| 10/27/2022 | Postage | 0.57 |
| 10/31/2022 | Photocopies 292 x .10 | 29.20 |
| | TOTAL EXPENSES | 106.44 |
| | TOTAL CURRENT WORK | 1,918.94 |
| | BALANCE DUE | $1,918.94 |

PLEASE INDICATE FILE NO. ON REMITTANCE - THANK YOU

## Re: Subject: 80 Main Street/ Counsel to Receiver -Oct.

From:  Mehring, Luke (luke.mehring@lasalle.com)

To:  gouldberglawinfo@yahoo.com

Cc:  alherz@pbwt.com; kberg@gouldberglaw.com

Date:  Wednesday, November 16, 2022 at 11:47 PM EST

I approve

Sent from my iPhone

> On Nov 16, 2022, at 10:50 AM, Christine Camardella <gouldberglawinfo@yahoo.com> wrote:
>
> Caution: Message from external sender
>
> Please approve
>
> Thank you,
> Christine Camardella
> Gould & Berg, LLP
>
> 222 Bloomingdale Road, Suite 304
> White Plains, New York 10605
> Phone: 914-397-1050
> Fax: 914-397-1051
> e-mail: gouldberglawinfo@yahoo.com
>
> www.gouldberglaw.com
>
> **White Plains Employment Law Attorney | Civil Rights**
> Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...
>
> 
>
> This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050.  To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

 Oct.2022.pdf
146.8kB