UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
LMREC III NOTE HOLDER, INC

                Plaintiff,                      20-cv-05063 (KMK)(PED)

   -against-                                      **PROPOSED ORDER**
                                                     **FOR PAYMENT OF FEES**

HUDSON EFT LLC, GUIDO SUBOTOVSKY,           **TO RECEIVER AND TO**
SAMUEL GACCIONE, HUGO SUBOTOVSKY,          **COUNSEL FOR RECEIVER**
WILLIAM CLARKE, NOBLE ELEVATOR              **FOR DECEMBER 2022**
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
------------------------------------------------------------------

WHEREAS, pursuant to paragraph 4(y) of the Order Appointing Receiver dated August 21, 2020, Receiver Andrew L. Herz rendered services for the month of December 2022 in the amount of $650.00 which payment was approved by Plaintiff in the attached writing dated December 30, 2022 (Ex. A); and

WHEREAS, pursuant to the Order Appointing Kim Berg as Counsel to Receiver dated September 9, 2020, Counsel to Receiver rendered services during the month of December 2022 in the amount of $1,601.90 which payment was approved by Plaintiff in the attached writing dated December 30, 2022 (Ex. B); and

WHEREAS, Receiver and Counsel to Receiver now seek Court approval of the interim payments to Receiver and to Counsel as described herein.

IT IS THEREFORE ORDERED that the interim disbursements to Receiver Andrew L. Herz in the amount of $650.00 and to Counsel for Receiver in the amount of $1,601.90 are hereby approved.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.
1/5/23

# Exhibit A

Andrew L. Herz
Receiver Time
Dec. 02 - Dec. 30.22

| Date | Hours | Description |
|---|---|---|
| 12.2 Friday | .60 | Conference with potential purchaser |
| 12.7 Wednesday | .40 | Telephone call with Mr. Mehring re foreclosure sale |
| 12.8 Thursday | .30 | Correspondence with Mr. Sobolof re break in |
| 12.10 Saturday | .10 | Correspondence with Mr. Sobolof |
| 12.12 Monday | 1.50 | Correspondence with Mr. Corke and Mr. Mehring; go to site; view 4 state street fire |
| 12.16 Friday | .30 | Review bill payment |
| 12.21 Wednesday | .40 | Conference with Ms. Camardella re vendor bills |
| 12.22 Thursday | .60 | Correspondence with Mr. Sobolof; Telephone call with Mr. Mehring |
| 12.26 Monday | .50 | Various emails |
| 12.30 Friday | .30 | Conference with Ms. Berg & Ms. Camardella |
| Total | $650.00 | |

12/30/22, 3:57 PM  Case 7:20-cv-05063-KMK-PED  Document 291  Filed 01/05/23  Page 4 of 10
Case 7:20-cv-05063-KMK-PED  Document 287-1  Filed 12/30/22  Page 3 of 4
Yahoo Mail - Re: Subject: 80 Main Street/ Receiver Time

Re: Subject: 80 Main Street/ Receiver Time

From: Mehring, Luke (luke.mehring@lasalle.com)

To: gouldberglawinfo@yahoo.com

Cc: kberg@gouldberglaw.com; alherz@pbwt.com

Date: Friday, December 30, 2022 at 03:26 PM EST

I approve

Sent from my iPhone

> On Dec 30, 2022, at 11:40 AM, Christine Camardella <gouldberglawinfo@yahoo.com> wrote:

Caution: Message from external sender

Hi

Please approve attached

Christine Camardella
Gould & Berg, LLP

222 Bloomingdale Road, Suite 304
White Plains, New York 10605
Phone: 914-397-1050
Fax: 914-397-1051
e-mail: gouldberglawinfo@yahoo.com

www.gouldberglaw.com

**White Plains Employment Law Attorney | Civil Rights**

Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...

This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050. To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

<12.2-12.30,22.pdf>

Case 7:20-cv-05063-KMK-PED   Document 291   Filed 01/05/23   Page 5 of 10
12/30/22, 3:57 PM    Case 7:20-cv-05063-KMK-PED   Document 287-1   Filed 12/30/22   Page 4 of 4
Yahoo Mail - Re: Subject 86 Main Street/ Receiver time

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

# Exhibit B



# GOULD & BERG, LLP
*attorneys at law*

222 Bloomingdale Road
White Plains, New York 10605
(914) 397-1050
gouldberglawinfo@yahoo.com

Mr. Andrew Herz, Receiver
33 Cushman Road
White Plains, NY   10606

Statement Date: December 30, 2022
Statement No. 2
Account No. 5168.20
Page: 1

RE: Counsel to Receiver

Counsel to Receiver

INTERIM STATEMENT

|   |   | HOURS |   |
|---|---|---|---|
| 12/01/2022 | review Court Order re September fees/letter filed | 0.10 | 50.00 |
|  | Prepare payment to Gould & Berg Sept. billing | 0.15 | 13.50 |
| 12/02/2022 | Email correspondence with Mr. Herz re crack monitoring | 0.30 | 27.00 |
|  | Prepare payment to Adam Sobolof | 0.30 | 27.00 |
| 12/07/2022 | Review email, print correspondence | 0.10 | 9.00 |
| 12/09/2022 | Review email correspondence re Sobolof | 0.10 | 9.00 |
| 12/12/2022 | meet with client | 0.20 | 100.00 |
|  | Review email, respond to Brittany re NorthMarq |  |  |
|  | Prepare payment to NorthMarq Capital, Overnight mail | 0.20 | 18.00 |
| 12/14/2022 | draft Court Order for approval of November Receiver and Counsel Fees | 0.30 | 150.00 |
|  | Review email, print correspondence | 0.10 | 9.00 |
|  | Draft receiver time; email Mr. Mehring re receiver time approval |  |  |
|  | Prepare payment to Verizon | 0.10 | 9.00 |
|  | Gather documents for Exhibit Proposed Order for Fees | 0.30 | 27.00 |
|  | File with the Court Proposed Order for Fees | 0.20 | 18.00 |

To ensure proper credit, please include account number and statement date on remittance checks. Thank you.

Mr. Andrew Herz, Receiver

Page: 2
12/30/2022
FILE NO: 5168-20
STATEMENT NO: 2

Counsel to Receiver
Counsel to Receiver

| | | HOURS | |
|---|---|---|---|
| 12/16/2022 | Email correspondence with Mr. Mehring re account balance | 0.20 | 18.00 |
| | Review email correspondence re Scarduzio | 0.10 | 9.00 |
| | Prepare payment to Adam Sobolof | 0.20 | 18.00 |
| | Prepare payment to Gould & Berg and Mr. Herz re November 2022 | 0.20 | 18.00 |
| 12/19/2022 | Gather documents for October portion of Quarterly Report | 0.30 | 27.00 |
| 12/20/2022 | Print email correspondence | 0.10 | 9.00 |
| 12/21/2022 | Gather documents for November portion of Quarterly Report | 0.30 | 27.00 |
| | Conference with Mr. Herz | 0.40 | 36.00 |
| 12/29/2022 | Telephone call to Con Edison re bill adjustment acct no. 0001-8 | 0.50 | 45.00 |
| 12/30/2022 | meet with client re next steps in discharge of Receiver/final reports to Court | 0.20 | 100.00 |
| | review files regarding ongoing expenses, insurance, anticipated reports to be filed prior to closing;; draft email to counsel for the Plaintiff re steps to discharge and release Receiver | 0.30 | 150.00 |
| | draft proposed order for Receiver and counsel fees for December 2022 | 0.20 | 100.00 |
| | begin drafting quarterly report for Q4 of 2022 | 1.00 | 500.00 |
| | Conference with Mr. Herz | 0.10 | 9.00 |
| | Email Mr. Mehring re Receiver & Counsel time approval | 0.10 | 9.00 |
| | | 6.65 | 1,541.50 |

| | | | |
|---|---|---|---|
| 12/30/2022 | Postage | | 0.86 |
| 12/30/2022 | Federal Express - 5452 | | 24.34 |
| 12/30/2022 | Photocopies | | 35.20 |
| | TOTAL EXPENSES | | 60.40 |
| | TOTAL CURRENT WORK | | 1,601.90 |
| | BALANCE DUE | | $1,601.90 |

PLEASE INDICATE FILE NO. ON REMITTANCE - THANK YOU

Case 7:20-cv-05063-KMK-PED Document 291 Filed 01/05/23 Page 9 of 10
12/30/22, 3:59 PM Case 7:20-cv-05063-KMK-PED Document 287-2 Filed 12/30/22 Page 4 of 5
Yahoo Mail - Re: Subject: 80 Main Street / Counsel Fees

Re: Subject: 80 Main Street / Counsel Fees

From: Mehring, Luke (luke.mehring@lasalle.com)
To: gouldberglawinfo@yahoo.com
Cc: kberg@gouldberglaw.com; alherz@pbwt.com
Date: Friday, December 30, 2022 at 03:26 PM EST

I approve. How much is in the account? My controller is back in the office from holiday break on Tuesday. Thx

Sent from my iPhone

On Dec 30, 2022, at 11:45 AM, Christine Camardella <gouldberglawinfo@yahoo.com> wrote:

Caution: Message from external sender

Please approve

Christine Camardella
Gould & Berg, LLP

222 Bloomingdale Road, Suite 304
White Plains, New York 10605
Phone: 914-397-1050
Fax: 914-397-1051
e-mail: gouldberglawinfo@yahoo.com

www.gouldberglaw.com

**White Plains Employment Law Attorney | Civil Rights**

Over 50 years of experience helping individuals, employees and business owners with employment law matters. Find...

This e-mail may not be used to establish a binding contract on behalf of any client or person for whom it is sent. Any transaction related to this email must be validated by terms other than what is contained herein unless this email specifically provides otherwise. This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error please reply immediately to the sender or call Gould & Berg, LLP at 914-397-1050. To comply with U.S. Treasury Regulations, we advise you that any U.S. federal tax advice included in this communication is not intended or written to be used, and cannot be used, to avoid any U.S. federal tax penalties or to promote, market, or recommend any transaction or matter. Thank you.

<Dec22.pdf>

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry

Case 7:20-cv-05063-KMK-PED   Document 291   Filed 01/05/23   Page 10 of 10
12/30/22, 3:59 PM   Case 7:20-cv-05063-KMK-PED   Document 287-2   Filed 12/30/22   Page 5 of 5
Yahoo Mail - Re: Subject: 89 Main Street / Counsel Fees

out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.