UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

LMREC III NOTE HOLDER, INC

                Plaintiff,                  20-cv-05063 (KMK)(PED)

    -against-                 ~~PROPOSED~~ ORDER FOR
                                        CORRECTED PAYMENT OF FEES
HUDSON EFT LLC, GUIDO SUBOTOVSKY,    TO RECEIVER DECEMBER 2022
SAMUEL GACCIONE, HUGO SUBOTOVSKY,
WILLIAM CLARKE, NOBLE ELEVATOR
COMPANY, INC., SHAWN'S LAWN, INC., VSP
MECHANICAL, INC., GEBERTH ELECTRIC, INC.,
GAC BUILDERS LTD., BRIDGE MECHANICAL
CORPORATION, UPPER RESTORATION, INC.,
AND JOHN DOE #1 THROUGH JOHN DOE #10,

                Defendants.
-------------------------------------------------------------------

WHEREAS, on January 5, 2023, the Court so-ordered the payment of fees to Receiver and Receiver's Counsel in the above captioned action (see Docket No. 291);

WHEREAS, following the docketing of the Order it was discovered that the amount of fees requested on behalf of Receiver for the month of December 2022, as contained in the chart labeled Ex. A thereto (Docket No. 287) was incorrectly computed by stating the hourly rate of $650.00 rather than the hourly rate multiplied by the number of hours Receiver had performed the duties of Receiver for the month of December 2022;

WHEREAS, Receiver's correct fees for the month of December 2022 totaled $3,250.00 and Plaintiff approved the corrected amount in writing on January 20, 2023 (see Amended Ex. A showing the correction);

IT IS THEREFORE ORDERED that the interim disbursement to Receiver Andrew L. Herz in the amount of $3,250.00 is hereby approved.

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.
1/23/23